DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

A.A.G.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0383
_____

November 26, 2025

Appeal from the Circuit Court for Pinellas County; Patrice Moore, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

    Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.